No. 95–6158.  GRANT *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 95–6159.  SPEARMAN *v.* MORALES, ATTORNEY GENERAL OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6160.  ROSENDAHL *v.* SEYMOUR ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–6166.  RIEBER *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 95–6168.  MITCHELL *v.* SMITH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 95–6169.  KOHLER *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 95–6171.  BRINKLEY *v.* SKJONSBERG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6172.  WASHINGTON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–6180.  BURTON *v.* PRUNTY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6181.  SANTIAGO *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 95–6185.  HASSAN *v.* LUBBOCK INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6189.  ERVIN *v.* MORRISON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–6195.  JACKSON *v.* BOARD OF CIVIL SERVICE COMMISSIONERS FOR THE CITY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 95–6198.  WENDT *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.